UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TENNESSEE, *ex rel.*, LISA K. STRATIENKO, <br><br> Plaintiffs, <br><br> v. <br><br> CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY d/b/a ERLANGER MEDICAL CENTER, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:10-CV-322 <br> ) <br> ) Judge Curtis L. Collier <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **JUDGMENT ORDER**

Before the Court is Defendant Chattanooga-Hamilton County Hospital Authority d/b/a Erlanger Medical Center's ("Defendant" or "Erlanger") motion to dismiss Relator's second amended complaint (Court File No. 68). Plaintiff Lisa K. Stratienko ("Plaintiff" or "Relator"), on behalf of the United States of America ("United States") and the State of Tennessee (collectively, "Plaintiffs") filed a response to Erlanger's motion (Court File No. 71) and Erlanger submitted a reply (Court File No. 73).[1] For the reasons in the accompanying memorandum, the Court **GRANTS** Erlanger's motion to dismiss the second amended complaint (Court File No. 68). Accordingly, the Court **DISMISSES WITH PREJUDICE** this action.

---

[1] In addition, the United States filed a statement of interest regarding Erlanger's motion to dismiss the second amended complaint (Court File No. 77) as well as a motion for leave to respond to Defendants' motion to dismiss (Court File No 78). Although the issue raised by the United States response is not material to legal question that disposes of this case, the Court nonetheless **GRANTS** the motion and allows the United States' response to become part of the record (Court File No. 78).

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT